LSK&D #: 255-2291 /
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
MOHAMMAD HADJARPAKZAD,

                              Plaintiff,

**Docket No.:**
**1:12-cv-04391-ENV-TAM**

-against-

MACY'S, INC. AND MACY'S CORPORATE
SERVICES, INC.,

**STIPULATION AND**
**ORDER OF DISMISSAL**

                              Defendants.
-----------------------------------------------------------------x

The undersigned counsel for all parties stipulate that this action is dismissed with prejudice and without costs or attorneys' fees pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Dated:     New York, New York
            July 27, 2022

ECONOMOU & ECONOMOU, P.C.

_/s/ Chris Economou_
Chris Economou, Esq.
85 Cold Spring Road, Suite 200
Syosset, New York 11791
Attorneys for Plaintiff
(516) 682-0010
e-mail: pskorka@economoulawpc.com

LESTER SCHWAB KATZ & DWYER, LLP

_/s/ Robyn J. Leader_
Robyn J. Leader, Esq.
Attorneys for Defendants
MACY'S, INC. and MACY'S CORPORATE
SERVICES, LLC f/k/a MACY'S CORPORATE
SERVICES, INC.
100 Wall Street
New York, New York 10005
(212) 964-6611
rleader@lskdnylaw.com

So Ordered:

_____
Hon. Eric N. Vitaliano, U.S.D.J.

Application Granted
**SO ORDERED**
Brooklyn, New York
Dated: __8/2/22__

**/s/ Eric N. Vitaliano**
Eric N. Vitaliano
United States District Judge

***THE CLERK OF COURT IS DIRECTED TO CLOSE THIS CASE.***